JANET M. HEROLD, Regional Solicitor
BRUCE L. BROWN, WSBA #18844
Associate Regional Solicitor
brown.bruce.l@dol.gov
GRACE A. KIM, Trial Attorney, CSBN #247456
kim.grace@dol.gov
JEREMIAH MILLER, Senior Trial Attorney, WSBA #40949
miller.jeremiah@dol.gov
EVAN NORDBY, Trial Attorney, WSBA #35937
Nordby.evan@dol.gov
U.S. Department of Labor, Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, Washington 98104
Phone (206) 757-6762
Fax (206) 757-6761
Attorneys for Plaintiff Thomas E. Perez

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>    Plaintiff,<br>v.<br>PAN-AMERICAN BERRY GROWERS, LLC, an Oregon limited liability company,<br>    Defendant.<br><br>THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>    Plaintiff,<br>v.<br>B&G DITCHEN, LLC, an Oregon limited liability company; ROBERT A. DITCHEN, an individual; and GREGG DITCHEN, an individual,<br>    Defendants. | CASE NO. 6:12-cv-1474-TC (Lead Case)<br>CASE NO. 6:12-cv-1566-TC (Trailing Case)<br>CASE NO. 6:13-cv-1439-TC (Trailing Case)<br><br>**NOTICE OF WITHDRAWAL** |

TO:  THE CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Evan Nordby, co-counsel for the Secretary of Labor, hereby withdraws his appearance in the above-referenced matters pursuant to LR 83-11(b), allowing withdrawals of counsel by notice where the party remains represented by other attorneys in the same law office.

Respectfully submitted this 24th day of September, 2014.

        M. PATRICIA SMITH
        Solicitor of Labor

        JANET M. HEROLD
        Regional Solicitor

        BRUCE L. BROWN
        Associate Regional Solicitor

        JEREMIAH MILLER
        Senior Trial Attorney

        GRACE A. KIM
        Trial Attorney

By:    /s/ Evan Nordby_____
       EVAN NORDBY, WSBA #35937
       Trial Attorney
       Attorneys for Plaintiff Thomas E. Perez,
       Secretary of Labor
       United States Department of Labor
       Office of the Solicitor
       300 Fifth Avenue, Suite 1120
       Seattle, Washington 98104
       Phone (206) 757-6762
       Fax (206) 757-6761
       E-mail: Nordby.evan@dol.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that:

1. She is at least 18 years of age and of such discretion as to be competent to serve papers; and

2. is not a party to the above action; and

3. on September 24, 2014, electronically filed the above Notice of Withdrawal, with the Clerk of the Court using the CM/ECF System; which will serve said pleading upon all parties in this matter.

Dated: September 24, 2014

By /s/ Claire Barba
Paralegal
USDOL Office of the Solicitor